**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CARL ECKSTROM, | ) | NO. SA CV 13-990 TJH (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| E VALENZUELA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 13, 2013

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE